# Court of Appeals
# of the State of Georgia

ATLANTA,  November 13, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0157.  FRANCHESA FAVORS et al. v. ATLANTA INDEPENDENT SCHOOL SYSTEM et al.**

Plaintiffs Franchesa Favors and the Atlanta Association of Classified Employees have filed an application for discretionary review of several trial court rulings, including the court's grant of summary judgment to the defendants, in this action seeking mandamus relief and asserting claims under 42 USC § 1983, the Georgia Whistleblower Act, the Georgia Open Records Act, and the Georgia Open Meetings Act.  No discretionary application is required, however, as the grant of summary judgment on any issue or as to any party may be appealed directly under OCGA § 9-11-56 (h), and this action does not appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35 (a).  In addition, any other rulings entered in the case may be challenged as part of such a direct appeal.  See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem*, 246 Ga. 294, 295 (1) (271 SE2d 199) (1980).

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal.  Accordingly, this application is hereby GRANTED.  The plaintiffs shall have 10 days from the date of this order to file a notice of appeal with the trial court, if they have not already done so.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

We note, however, that the application and supporting materials filed in this case violate several of this Court's rules, including the word and page limits of Court of Appeals Rule 24 (f) (as incorporated into Court of Appeals Rule 31 (g) (1) (i)) and

Court of Appeals Rule 31 (g) (1) (vi). We caution the plaintiffs and their attorney, Rakesh N. Parekh, that we are empowered to impose sanctions on parties and attorneys who violate our rules, and any future filings by the plaintiffs or by Parekh that do so may result in monetary sanctions and/or the dismissal of a motion, application, or appeal. See, e.g., Court of Appeals Rules 7 (c)-(e), 31 (g) (1) (vi)-(vii).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,___11/13/2017_____*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____, *Clerk.*